UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMY MCDONALD,<br><br>                    Plaintiff,<br><br>          vs.<br><br>FOREST LABORATORIES, INC.; FOREST PHARMACEUTICALS, INC.; BRIAN MAEYAMA; and DOES 1-20,<br><br>                    Defendants. | Case No. C14-0487 EMC<br><br>**[PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

Based on the parties' stipulation, and good cause appearing,

IT IS ORDERED that the case management conference currently scheduled for June 19, 2014 at 9:00 a.m. shall be rescheduled to July 24, 2014 at 9:30 a.m., in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.  The parties' joint case management statement shall be due one week in advance of the case management conference date, and any further request to reschedule the case management conference date shall be made at least ten (10) days before the conference date.

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

Dated: _____      6/11/14

4



5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RESCHEDULING                                        CASE NO. C14-0487 EMC
CASE MANAGEMENT CONFERENCE