1
2
3
4
5
6
7
8
9
10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                          SAN FRANCISCO DIVISION

| | |
|---|---|
| AMY MCDONALD, | Case No. C14-0487 EMC |
| Plaintiff, | [P~~ROPOSED~~] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE |
| vs. | |
| FOREST LABORATORIES, INC.; FOREST PHARMACEUTICALS, INC.; BRIAN MAEYAMA; and DOES 1-20, | |
| Defendants. | |

Based on the parties' stipulation, and good cause appearing,

IT IS ORDERED that the case management conference currently scheduled for July 24, 2014 at 9:00 a.m. shall be rescheduled to September 11, 2014 at 9:30 a.m., in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.  The parties' joint Case Management Statement shall be due one week in advance of the Case Management Conference date, and any further request to reschedule the Case Management Conference date shall be made at least ten (10) days before the conference date.  The Case Management Conference and the associated deadlines shall be cancelled upon the filing of a stipulation of dismissal with prejudice of Plaintiff's claims.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 7/24/14

_____
HON. EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
Judge Edward M. Chen

[PROPOSED] ORDER RESCHEDULING
CASE MANAGEMENT CONFERENCE

2

CASE NO. C14-0487 EMC