CRAIG A. PINEDO (CA Bar No. 191337)
E-mail:  cpinedo@pinedolaw.com
PINEDOLAW
425 California Street, 19th Floor
San Francisco, CA 94104
Telephone:  (415) 693-9155
Facsimile:  (650) 878-2290

Attorneys for Plaintiff
AMY MCDONALD

GARY D. FRIEDMAN (NY Bar No. 2284594) (admitted *pro hac vice*)
E-mail:  gary.friedman@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Defendants
FOREST LABORATORIES, INC.;
FOREST PHARMACEUTICALS, INC.;
and BRIAN MAEYAMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMY MCDONALD,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>FOREST LABORATORIES, INC.; FOREST PHARMACEUTICALS, INC.; BRIAN MAEYAMA; and DOES 1-20,<br><br>　　　　　　Defendants. | Case No. C14-0487 EMC<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ACTION** |

　　　　The parties to this action have executed a settlement agreement and have fully performed all conditions of dismissal.  The parties therefore stipulate to the dismissal of this action with prejudice.

STIPULATED REQUEST FOR DISMISSAL                                         Case No. C14-0487 EMC

1

| | | |
|---|---|---|
| 1 | Dated: September 8, 2014 | PINEDOLAW |
| 2 | | |
| 3 | | By: ___/s/ Craig A. Pinedo___ |
| 4 | | Craig A. Pinedo |
| 5 | | Counsel for Plaintiff<br>AMY MCDONALD |
| 6 | Dated: September 8, 2014 | WEIL, GOTSHAL & MANGES LLP |
| 7 | | |
| 8 | | By: ___/s/ Gary D. Friedman___<br>Gary D. Friedman |
| 9 | | Counsel for Defendants |
| 10 | | FOREST LABORATORIES, INC.; FOREST PHARMACEUTICALS, INC.; and BRIAN MAEYAMA |

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. District

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

STIPULATED REQUEST FOR DISMISSAL                                    Case No. C14-0487 EMC

2